# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00033-CV

**Tilana J. Toney, Appellant**

**v.**

**Steven Chloe Strickland, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-10-006146, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tilana J. Toney has filed a motion to withdraw her appeal. We grant appellant's motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed: May 11, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. See Tex. Gov't Code § 74.003(b).